IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-027-GCM-DCK

| | |
|---|---|
| BARBARA ANN HYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Substitution Of Party Pursuant To Rule 25 Of F.R.C.P." (Document No. 17). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Substitution Of Party Pursuant To Rule 25 Of F.R.C.P." (Document No. 17) is **GRANTED**. The Clerk of Court is directed that Anthony Scott Hyman be substituted as the Plaintiff in this matter.

Signed: March 16, 2011

David C. Keesler
United States Magistrate Judge