# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Scott Hyman
for Barbara Ann Hyman ,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                         3:10-cv-27

Michael J. Astrue ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2011 Order.

Signed: July 29, 2011

Frank G. Johns, Clerk
United States District Court